**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DEER CREEK ANIMAL SCIENCES, LLC, | |
| Plaintiff, | C.A. No. 20-0313-MN |
| v. | |
| SCRANTON EQUITY EXCHANGE, | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that Defendant Scranton Equity Exchange's time to move, answer, or otherwise respond to the Complaint is extended through and including April 15, 2020.

| | |
|---|---|
| */s/ Oderah C. Nwaeze* | */s/ Travis S. Hunter* |
| Oderah C. Nwaeze (#5697) | Travis S. Hunter (#5350) |
| Duane Morris LLP | Richards, Layton & Finger, P.A. |
| 222 Delaware Ave. | One Rodney Square |
| Suite 1600 | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 657-4900 | (302) 651-7700 |
| onwaeze@duanemorris.com | hunter@rlf.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Deer Creek Animal Sciences, LLC* | *Scranton Equity Exchange* |

Dated: March 18, 2020

      SO ORDERED this _____ day of _____, 2020.

 

                                                _____
                                                UNITED STATES DISTRICT JUDGE